UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In RE:  Case No. 17-11693

Garry Woolford and
Wendy F. Woolford
_____/

## NOTICE OF CREDITOR ADDRESS CHANGE

The creditors in the above entitled case do hereby request that the mailing address listed in the above stated case be changed;

FROM:
7E Investments, LLC

C/O Madison Management Services, LLC

400 Morris Ave, Ste 222

Denville, NJ 07834

TO:
7E Investments, LLC

C/O Madison Management Services, LLC

4600 Kietzke Ln, Ste B-119

Reno, NV 89502

Date: 08/19/2019

/s/ Kevin J Cordell

Creditor/Creditor's Authorized Agent
Address: 4600 Kietzke Ln, Ste B-119, Reno, NV 89502
Phone: (877) 563-4164
Email: kcordell@madisonmanagement.net